

| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | LINDA C. HARTER, CA Bar #179741<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>DAVID SNAPP AND TIMOTHY KELLY |
| 4 | Certified Student Attorneys<br>801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |

Attorney for Defendant
MICHAEL PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br>MICHAEL L. PARKER,            )<br>                              )<br>            Defendant.        )<br>_____) | No. 11-MJ-00042-DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>TO CONTINUE COURT TRIAL<br><br>Date: April 27, 2011<br>Time: 9 A.M.<br>Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant U.S. Attorney, and defendant, MICHAEL L. PARKER, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial set for Wednesday, March 30, 2011 at 9am be rescheduled for Wednesday, April 27, 2011 at 9am.

The defendant requires more time to fully investigate the discovery sent by the U.S. Attorneys office to Mr. Parker on March 21,

1  2011. 18 U.S.C. § 3161(h)(7)(A).

2
3  DATED: March 28, 2010                    Respectfully submitted,
                                            DANIEL J. BRODERICK
                                            Federal Defender
4
5                                              /s/ Linda C. Harter
                                            LINDA C. HARTER
6                                           Chief Assistant Federal Defender
                                            Attorney for Defendant
7                                           MICHAEL L. PARKER

8
9  DATED: March 29, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
10
11                                             /s/ Rachana Shah for
                                            JILL THOMAS
12                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
13
14                              O R D E R

15     **IT IS SO ORDERED.**
16  DATED: _March 29_, 2011.     _/s/ Dale A. Drozd_
                                            HON. DALE A. DROZD
17                                          United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order
                                -2-