BENJAMIN B. WAGNER
United States Attorney
DAVID PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-mj-00042-DAD |
| ) | |
| Plaintiff, ) | PROBATION REVOCATION PETITION, |
| ) | NOTICE OF HEARING and |
| v. ) | ORDER |
| ) | |
| MICHAEL L. PARKER, ) | DATE: April 24, 2012 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Dale A. Drozd |
| _____ ) | |

On April 27, 2011, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

    1.    The defendant shall serve a one-year term of Court Probation, subject to the following terms:

        a.    The defendant shall pay a $300.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving When Privilege Suspended or Revoked for Failure to Appear;

        b.    The defendant shall pay monthly installments of $50.00, with the first payment due on May

15, 2011, and all subsequent payments due on the fifteenth day over a period of six months.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has paid $150.00 of the $310.00 total monetary obligation owed for Count One.

The United States therefore petitions the Court to add this matter on its April 24, 2012 calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on April 27, 2011, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April  11 , 2012        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**ORDER**

It is Hereby Ordered that the defendant appear on April 24, 2012, at 9:00 a.m. to show cause why the probation granted on April 27, 2011, should not be revoked.

IT IS SO ORDERED.

DATED: April 11, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
parker0042.prob.revoc.ptn.wpd

2